IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-14-D

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )          **ORDER**
                                   )
TRACY LAMONT RUFFIN,               )
                                   )
            Defendant.             )

On May 25, 2022, this court ordered the government to file a response to defendant's motion

for early termination of supervised release [D.E. 42]. To date the government has not responded to

this court's order. No later than June 24, 2022, the United States shall file a response to defendant's

motion for early termination of supervised release [D.E. 42]. That response shall also include the

view of defendant's probation officer.

SO ORDERED. This 20 day of June, 2022.

                                   JAMES C. DEVER III
                                   United States District Judge