IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACY LAMONT RUFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

On April 26, 2022, Tracy Lamont Ruffin ("Ruffin" or "defendant") moved for early termination of supervised release [D.E. 41]. On June 24, 2022, the government responded in opposition [D.E. 44].

In deciding whether to grant Ruffin's motion for early termination of supervised release, the court has considered the entire record. For the reasons stated in the government's response, Ruffin's motion [D.E. 41] is DENIED.

SO ORDERED. This 28 day of June, 2021.

JAMES C. DEVER III
United States District Judge